August 29, 2008

Mr. Michael W. Huddleston
Shannon Gracey Ratliff & Miller, L.L.P.
500 N. Akard Street, Suite 2500
Dallas, TX 75201
Mr. Ronald D. Stutes
Potter Minton
110 N College, Suite 500
Tyler, TX 75701

RE: Case Number: 06-1040
 Court of Appeals Number: 05-04-01316-CV
 Trial Court Number: 02-9939

Style: FEDERAL INSURANCE COMPANY
 v.
 SAMSUNG ELECTRONICS AMERICA, SAMSUNG TELECOMMUNICATIONS AMERICA, L.P.
 F/K/A SAMSUNG TELECOMMUNICATIONS AMERICA, INC. AND SAMSUNG ELECTRONICS
 CO., LTD.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Mr. Kirk C. |
| |Chamberlin |
| |Mr. Jim Hamlin |
| |Mr. Wade Caven |
| |Crosnoe |
| |Mr. Lan Vu |
| |Mr. Nicholas R. |
| |Andrea |
| |Mr. Finley Harckham |